■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID LAWRENCE, Petitioner, v SUSAN T. KLUEWER et al., Respondents. [50 NYS3d 881]—Motion by the petitioner for leave to reargue a writ of habeas corpus which was determined by decision, order and judgment of this Court dated February 8, 2017.

Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is

Ordered that the motion is granted, and, upon reargument, the decision, order and judgment of this Court dated February 8, 2017 (*People ex rel. Lawrence v Kluewer*, 147 AD3d 868 [2017]), is recalled and vacated, and the following decision, order and judgment is substituted therefor:

Writ of habeas corpus in the nature of an application to release the petitioner in connection with Nassau County Docket No. CR-006525-16NA, and application by the petitioner for poor person relief.

Ordered that the application is granted to the extent that the filing fee is waived and the application is otherwise denied as academic; and it is further,

Adjudged that the writ is dismissed, without costs or disbursements.

Habeas corpus relief does not lie as the petitioner is not being detained (*see People ex rel. Wilder v Markley*, 26 NY2d 648 [1970]). Hall, J.P., Austin, Sgroi and Connolly, JJ., concur.